# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WAYNE JUNGHANS, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:15-cv-00124-RDP |
| CAVALRY PORTFOLIO SERVICES LLC, et al. | } |
| Defendants. | } |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than sixty (60) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this February 9, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE